**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632

## MEMORANDUM

TO:  Counsel of Record

FROM:  Judge Peter J. Messitte

RE:  Aldmyr Systems, Inc. v. Friedman et al.
  Civil No. PJM 15-864

DATE:  August 14, 2015

\* \* \*

The Court has received the Defendants' Rule 11 Motion for Sanctions. ECF No. 17. The Court anticipates that Plaintiffs and Plaintiffs' counsel, as to each of whom sanctions are individually sought, will answer in the ordinary course and that Defendants will appropriately reply thereafter.

The Court intends to hold an evidentiary hearing on the Motion on January 5, 2016, beginning at 10:00 a.m. Following the filing of the above-referenced pleadings, the Court will send out further instructions regarding the hearing.

In the meantime, by no later than September 15, 2015, Plaintiffs shall SHOW CAUSE in writing as to why Donald Bailey, Sr., as CEO and controlling shareholder of Plaintiff corporations, should not be held personally liable for such sanctions as may be imposed on Plaintiff corporations by reason of piercing the corporate veil. Defendants may respond to said show-cause pleadings in the ordinary course, and Plaintiff corporations, Plaintiffs' counsel, and Donald Bailey may file an appropriate reply thereafter.

Insofar as the Court may eventually impose sanctions as described above, Defendants should be prepared to submit at the hearing noted above an updated statement of fees and costs.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

  /s/
  PETER J. MESSITTE
  UNITED STATES DISTRICT JUDGE

cc:  Court File