UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO:             Counsel of Record

FROM:       Judge Peter J. Messitte

RE:             <u>Aldmyr Systems, Inc., et al. v. Friedman et al.</u>
                   Civil No. PJM 15-864

DATE:        December 17, 2015

\* \* \*

In preparation for the January 5, 2016 hearing on Defendants' Motion for Sanctions under Rule 11, ECF No. 17, the Court requests to be advised as to the status of divorce proceedings in the Circuit Court for Anne Arundel County, Case No. 02-C-14-186729, including whether any settlement has been reached and the general terms of the settlement.

The Court further notes that Plaintiffs' filings for this hearing, ECF Nos. 23, 24, and 27, are unclear whether Mr. Bailey intends to be at the hearing. The Court expects him to be in attendance, in accordance with the Court's Order to Show Cause. ECF No. 18.

The parties **SHALL** submit a status report as to these issues by no later January 4, 2016, the day before the hearing.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:        Court File